**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Avochon T. POSTELL, Defendant–Appellant.**

**No. 11–10646 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 3, 2011.

Karen L. Atkinson, William T. Zloch, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Wifredo A. Ferrer, U.S. Attorney, Lisa A. Hirsch, Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Avochon Postell, the appellant, is serving a sentence for bank robbery that was

1287.

imposed by the district court on November 19, 2004. On December 14, 2010, he sent the district court a letter, which the court treated as a motion for drug treatment while incarcerated. The court denied the motion, and Postell, proceeding *pro se,* now appeals.

The authority to grant Postell's request lies with the Federal Bureau of Prisons, not the district court. 8 U.S.C. 3621(b), (e); *Cook v. Wiley,* 208 F.3d 1314 (11th Cir.2000). The court's decision denying relief is therefore

Affirmed.